1  Simon J. Frankel, State Bar No. 171552
    sfrankel@cov.com
2  Elena M. DiMuzio, State Bar No. 239953
    edimuzio@cov.com
3  COVINGTON & BURLING LLP
    One Front Street, 35th Floor
4  San Francisco, CA  94111
    Telephone:  (415) 591-6000
5  Facsimile:  (415) 591-6091

6  Attorneys for Defendants
    MAQUET CARDIOVASCULAR, LLC,
7  MAQUET CARDIOVASCULAR US SALES, LLC,
    MAQUET, INC. d/b/a
8  MAQUET MEDICAL SYSTEMS USA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MIZUHO ORTHOPEDIC SYSTEMS, INC., a Delaware Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>MAQUET CARDIOVASCULAR, LLC, a Delaware Limited Liability Company, MAQUET CARDIOVASCULAR US SALES, LLC, a Delaware Limited Liability Company, and MAQUET, INC., a Delaware Corporation d/b/a MAQUET MEDICAL SYSTEMS USA,<br><br>    Defendant | Civil Case No.: 3:13-cv-1587 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING SECOND STIPULATED REQUEST FOR ORDER EXTENDING TIME TO ANSWER AND RESETTING INITIAL CASE MANAGEMENT CONFERENCE |
|---|---|

[PROPOSED] ORDER GRANTING SECOND STIPULATED REQUEST FOR ORDER EXTENDING TIME TO ANSWER AND RESETTING INITIAL CASE MANAGEMENT CONFERENCE

Civil Case No.: 3:13-cv-1587 MMC

1   Upon consideration of the Second Stipulated Request for Order Extending Time
2   to Answer and Resetting Initial Case Management Conference, and good cause being shown,
3   the request is GRANTED.  Defendants will respond to Plaintiff's complaint no later than
4   September 9, 2013, and the Initial Case Management Conference will be held on
5   _____October 18_____, 2013 at 10:30 a.m.
6   IT IS SO ORDERED.

7
8   DATED:  __August 8_____, 2013                    _____
9                                                    The Honorable Maxine M. Chesney
                                                     United States District Judge

[PROPOSED] ORDER GRANTING SECOND STIPULATED REQUEST FOR ORDER EXTENDING TIME TO ANSWER AND RESETTING INITIAL CASE MANAGEMENT CONFERENCE      1      Civil Case No.: 3:13-cv-1587 MMC