United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIZUHO ORTHOPEDIC SYSTEMS, INC.,     No. C 13-1587 MMC

    Plaintiff,

    v.

MAQUET CARDIOVASCULAR, LLC, CARDIOVASCULAR US SALES, LLC, and MAQUET, INC. d/b/a MAQUET MEDICAL SYSTEMS USA,

    Defendants.

**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS**

_____/

On September 9, 2013, defendants Maquet Cardiovascular, LLC, Maquet Cardiovascular US Sales, LLC, and Maquet, Inc. electronically filed an answer to plaintiff's amended complaint.  Defendants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Defendants are hereby advised that if they fail in the future to

comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 19, 2013

_____
MAXINE M. CHESNEY
United States District Judge