1  Simon J. Frankel, State Bar No. 171552
   sfrankel@cov.com
2  Elena M. DiMuzio, State Bar No. 239953
   edimuzio@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 591-6000
5  Facsimile:  (415) 591-6091

6  Attorneys for Defendants
   MAQUET CARDIOVASCULAR, LLC,
7  MAQUET CARDIOVASCULAR US SALES, LLC,
   MAQUET, INC. d/b/a
8  MAQUET MEDICAL SYSTEMS USA

9

10                    UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| MIZUHO ORTHOPEDIC SYSTEMS, INC., a Delaware Corporation<br><br>        Plaintiff,<br><br>        v.<br><br>MAQUET CARDIOVASCULAR, LLC, a Delaware Limited Liability Company, MAQUET CARDIOVASCULAR US SALES, LLC, a Delaware Limited Liability Company, and MAQUET, INC., a Delaware Corporation d/b/a MAQUET MEDICAL SYSTEMS USA,<br><br>        Defendant | Civil Case No.:3:13-cv-1587 MMC<br><br>**STIPULATED REQUEST FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**; ORDER THEREON |

23         Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Mizuho Orthopedic
24  Systems, Inc., on the one hand, and Defendants Maquet Cardiovascular, LLC, Maquet
25  Cardiovascular US Sales, LLC, and Maquet, Inc., d/b/a Maquet Medical Systems USA
26  (collectively, "Defendants"), on the other, stipulate as follows:
27         WHEREAS, a Case Management Conference is currently scheduled for
28  April 18, 2014;

1   WHEREAS, the parties engaged in a Court-ordered mediation on December 19,
2   2013 with a mediator appointed by the Court;
3   WHEREAS, the parties reached a settlement in principal at that mediation; and
4   WHEREAS, the parties continue to work to finalize formal settlement documents
5   to resolve the case entirely;
6   NOW, THEREFORE, Plaintiff and Defendants jointly request that the Court
7   enter an order moving the date of the next Case Management Conference to May 16, 2014.  This
8   change will not alter the date of any other event or deadline already fixed by Court order.
9   Attached to this stipulation is the supporting declaration of Simon J. Frankel, as required by
10  Civil L.R. 6-2(a).
11  IT IS SO STIPULATED.

DATED:  April 7, 2014            BIELEN LAMPE & THOEMING, P.A.

                                 By:    *s/ Charles Thoeming*
                                     Charles L. Thoeming
                                     Attorneys for Defendants
                                     MAQUET CARDIOVASCULAR, LLC,
                                     MAQUET CARDIOVASCULAR US
                                     SALES, LLC, MAQUET, INC. d/b/a
                                     MAQUET MEDICAL SYSTEMS USA


DATED:  April 7, 2014            COVINGTON & BURLING LLP

                                 By:    *s/ Simon J. Frankel*
                                     Simon J. Frankel
                                     Attorneys for Defendants
                                     MAQUET CARDIOVASCULAR, LLC,
                                     MAQUET CARDIOVASCULAR US
                                     SALES, LLC, MAQUET, INC. d/b/a
                                     MAQUET MEDICAL SYSTEMS USA

1  PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties shall file a Joint Case
2  Management Statement no later than May 9, 2014.

3  DATED:  April 7    , 2014              _____
                                           Hon. Maxine M. Chesney
4                                          United States District Court Judge