BIELEN, LAMPE & THOEMING, P.A.
Charles L. Thoeming (State Bar No. 153504)
Theodore J. Bielen, Jr. (State Bar No. 56395)
1390 Willow Pass Road, Suite 1020
Concord, CA 94520
Telephone: (925)288.9720
Facsimile: (925)288.9731
hadvbaxen@eartlhink.net

Attorneys for Plaintiff
**MIZUHO Orthopedic Systems, Inc.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIZUHO ORTHOPEDIC SYSTEMS, INC.**, a Delaware Corporation, <br><br>Plaintiff, <br><br>vs. <br><br>**MAQUET CARDIOVASCULAR, LLC**, a Delaware Limited Liability Company, et al., <br><br>Defendants. | Case No. 13-cv-01587 MMC <br><br> **NOTICE OF SETTLEMENT and [PROPOSED] ORDER**; VACATING CASE MANAGEMENT CONFERENCE |

## NOTICE OF SETTLEMENT

Counsel of record for Plaintiff MIZUHO Orthopedic Systems, Inc. and Defendants, Maquet Cardiovascular, LLC, Maquet Cardiovascular US Sales, LLC and Maquet, Inc. dba Maquet Medical Systems USA certify that the parties have reached a written settlement of all issues in this case and that the parties will be able to file a Dismissal with the Court in forty-five (45) days.

//

Dated: May 9, 2014.

BIELEN, LAMPE & THOEMING, P.A.

By: /s/Charles L. Thoeming

Charles L. Thoeming
Attorneys for Plaintiff,
**MIZUHO Orthopedic Systems, Inc.**

## CONCURRENCE IN FILING

I, Charles L. Thoeming, am the ECF User whose identification and password are being used to file this Notice of Settlement & [Proposed] Order.  In compliance with General Order 45.X.B, I hereby attest that David Loewenstein, counsel for defendants, has concurred in this filing.

/s/ Charles L. Thoeming
Charles L. Thoeming

## [PROPOSED] ORDER

**PURSUANT TO NOTICE OF SETTLEMENT**, the parties shall file Dismissal of this case no later than June 24, 2014.  The Case Management Conference currently set for May 16, 2014 is hereby VACATED.

DATED: May 12, 2014

Hon. Maxine M. Chesney
United States District Court Judge