BIELEN, LAMPE & THOEMING, P.A.
Charles L. Thoeming (State Bar No. 153504)
Theodore J. Bielen, Jr. (State Bar No. 56395)
1390 Willow Pass Road, Suite 1020
Concord, CA 94520
Telephone: (925)288.9720
Facsimile: (925)288.9731
hadvbaxen@eartlhink.net

Attorneys for Plaintiff
**MIZUHO Orthopedic Systems, Inc.**

Attorneys for MIZUHO Orthopedic Systems, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIZUHO ORTHOPEDIC SYSTEMS, INC., a Delaware corporation,<br>**Plaintiff**,<br>v.<br>MAQUET CARDIOVASCULAR, LLC, a Delaware Limited Liability Company, MAQUET CARDIOVASCULAR US SALES, LLC, a Delaware Limited Liability Company, and MAQUET, INC., a Delaware Corporation d/b/a as MAQUET MEDICAL SYSTEMS USA,<br>**Defendants**. | Civil Action No. 3:13-cv-01587-MMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE and [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys for the respective parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action be, and hereby is, dismissed with prejudice. Each Party shall bear its own costs.

//

Dated: May 12, 2014.

| | |
|---|---|
| BIELEN, LAMPE & THOEMING | COVINGTON & BURLING LLP |
| /s/ Charles L. Thoeming | |
| Charles L. Thoeming (State Bar No. 153504) | Simon J. Frankel |
| Theodore J. Bielen, Jr. (State Bar No. 56395) | Elena M. DiMuzio |
| 1390 Willow Pass Road, Suite 1020 | One Front Street, 35th Floor |
| Concord, CA 94520 | San Francisco, CA 94111 |
| Telephone: (925)288.9720 | Telephone: (415) 591-6000 |
| Facsimile: (925)288.9731 | Facsimile: (415) 591-6091 |
| hadvbaxen@eartlhink.net | |

**Attorneys for Plaintiff**
**Mizuho Orthopedic Systems, Inc.**

/s/ David A. Loewenstein
David A. Loewenstein
PEARL COHEN ZEDEK LATZER BARATZ LLP
1500 Broadway, 12th Floor
New York, NY 10036
Tel: (646) 878-0800
Fax: (646) 878-0801

**Attorneys for Defendants**
**Maquet Cardiovascular LLC, Maquet Cardiovascular US Sales LLC, and Maquet, Inc.**

## CONCURRENCE IN FILING

   I, Charles L. Thoeming, am the ECF User whose identification and password are being used to file this Stipulation of Dismissal with Prejudice and [Proposed] Order. In compliance with General Order 45.X.B., I hereby attest that David A. Loewenstein, counsel for defendants, has concurred in this filing.

Dated: May 12, 2014                                     /s/ Charles L. Thoeming
                                                        Charles L. Thoeming

**SO ORDERED:**

Dated:  May 12 , 2014.

_/s/ Maxine M. Chesney_
Hon. Maxine M. Chesney
United States District Court Judge